# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
John Zimmerli ;
**County of Residence:** Outside This District

Additional Plaintiff(s):
Matthew Dietrick ;

**Defendant(s):**

First Listed Defendant:
The City of Kansas City, Missouri ;
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Jackson County

**Plaintiff's Attorney(s):**

Michael Hodgson (John Zimmerli)
The Hodgson Law Firm, LLC
3699 SW Pryor Rd
Lee's Summit, Missouri 64082
**Phone:** 816-600-0117
**Fax:** 816-600-0137
**Email:** mike@thehodgsonlawfirm.com

Eric Dirks (Matthew Dietrick)
Williams Dirks Dameron, LLC
1100 Main St, Suite 2600
Kansas City, Missouri
**Phone:**
**Fax:**
**Email:** dirks@williamsdirks.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 710 Fair Labor Standards Act

**Cause of Action:** Fair Labor Standards Act

**Requested in Complaint**

    **Class Action:**  Not filed as a Class Action

    **Monetary Demand (in Thousands):**

    **Jury Demand:**  No

    **Related Cases:**  IS a refiling of case number 11-cv-753, assigned to Judge Phillips

---

**Signature:** Michael Hodgson

**Date:** 5/11/2017

    If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.