IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JOHN ZIMMERLI and<br>MATTHEW DIETRICK,<br>  *on behalf of themselves and all other*<br>  *persons similarly situated*,<br>    Plaintiffs,<br><br>vs.<br><br>CITY OF KANSAS CITY,<br>    Defendant. | Case No. 4:17-cv-00370-BP |

## NOTICE OF APPEAL

Plaintiffs John Zimmerli and Matthew Dietrick, on behalf of themselves and all others similarly situated, give notice under Fed. R. App. P. 4(a)(1)(A) that they appeal to the United States Court of Appeals for the Eighth Circuit from the final judgment that this Court entered on July 12, 2019 (Doc. 140) and all prior and subsequent orders entered in this case, specifically including but not limited to the Court's order of July 12, 2019 granting Defendant City of Kansas City's motion for summary judgment and denying the plaintiffs' motion for summary judgment (Doc. 139).

Respectfully Submitted,

**The Hodgson Law Firm, LLC**
By: */s/ Michael Hodgson*
Michael Hodgson MO Bar No. 63677
3609 SW Pryor Road
Lee's Summit, MO 64082
Tel: 816.600-0117
Fax: 816.600-0137
mike@thehodgsonlawfirm.com

CLASS COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th Day of August, 2019, I filed the foregoing with the Court's ECF system which will send notification of the same to the following:

OFFICE OF THE CITY ATTORNEY
Tara M. Kelly,
Assistant City Attorney
2800 City Hall, 414 E. 12th Street
Kansas City, Missouri 64104
Telephone: (816) 513-3117
Facsimile: (816) 513-2716

**ATTORNEY FOR DEFENDANT CITY OF KANSAS CITY, MISSOURI**

　　　　　　　　　　　　　　　　　　　　*/s/ Michael Hodgson*
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs