# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2721

John Zimmerli, on behalf of themselves and all other persons similarly situated and Matthew Dietrick, on behalf of themselves and all other persons similarly situated

Appellants

v.

The City of Kansas City, Missouri

Appellee

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:17-cv-00370-BP)

---

**MANDATE**

In accordance with the opinion and judgment of 05/06/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 24, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit